UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDREA M. PAVLAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES OF AMERICA, | ) Civil Action No. 12-10470-JCB |
| Defendant/Crossclaim Plaintiff, | ) |
| v. | ) |
| NEW ENGLAND INDUSTRIAL UNIFORM SERVICE, INC., | ) |
| Crossclaim Defendant. | ) |

## **JUDGMENT**

March 19, 2014

Boal, M.J.

In accordance with this Court's Memorandum and Order dated March 19, 2014 granting the United States of America's motion for summary judgment, the Court hereby enters judgment for the United States and against Andrea M. Pavlas.


/s/ Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

1